FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 04 2020

JEFFREY P. COLWELL
CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

(To be supplied by the court)

*RICK ARCHER* _____, Plaintiff Demand Jury Trial

v.

*MS. Holms, medical employee* _____,

*John Doe, Federal Official* _____,

_____,

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.   PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be
served by filing a notice of change of address.  Failure to keep a current address on file with the
court may result in dismissal of your case.*

RICK ArcheR, 47211-079                          U.S. Penitentiary AOX mAX
(Name, prisoner identification number, and complete mailing address)  P.O. Box 8500
                                                                      Florence, CO. 81226

(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

___  Pretrial detainee
___  Civilly committed detainee
___  Immigration detainee
___  Convicted and sentenced state prisoner
✓    Convicted and sentenced federal prisoner
___  Other: (*Please explain*) _____

## B.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If
more space is needed, use extra paper to provide the information requested.  The additional
pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1: MS. Holms, medical employee   U.S. Penitentiary A.O.X. mAX.
             (Name, job title, and complete mailing address)  P.O. Box 8500
                                                               Florence, CO. 81226

At the time the claim(s) in this complaint arose, was this defendant acting under
color of state or federal law?  ✓ Yes ___ No (*check one*). Briefly explain:

The defendant is employed By The federal Bureau
of PRison.

Defendant 1 is being sued in his/her ✓ individual and/or ___ official capacity.

2

Defendant 2: _John Doe, Lieutenant or Correctional officer_
(Name, job title, and complete mailing address)

_U.S. Penitentiary A.D.X. max., P.O. Box 8500, Florence, CO. 81226_

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✔ Yes ___ No (*check one*). Briefly explain:

_The Defendant is employed By The Federal Bureau of Prison_

Defendant 2 is being sued in his/her ✔ individual and/or ___ official capacity.

Defendant 3: _N/A_
(Name, job title, and complete mailing address)

_N/A_

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

_N/A_

_N/A_

Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.

## C.    JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

___    42 U.S.C. § 1983 (state, county, and municipal defendants)

✔    *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___    Other: (*please identify*) _____

3

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Medical Malpractice, Negligence and denial of access To medical Treatment, Deliberate Indifference, 8th Amendment Violations.

Supporting facts: Please Review Plaintiff 4th page Attached complaint.

## E.    PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you
were incarcerated? ✔ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form.  If you have filed more than one
previous lawsuit, use additional paper to provide the requested information for each previous
lawsuit.  Please indicate that additional paper is attached and label the additional pages
regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):                     GeRalD HoFbaueR

Docket number and court:          2:08-cv-5, Western District of michigan

Claims raised:                    Validity of continued confinement in (m.D.O.C.)

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?)  dismissed

Reasons for dismissal, if dismissed:     Failed to make a substantial showing of a
                                         Denial of a Constitutional Right

Result on appeal, if appealed:           N/A

## F.    ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal
court regarding prison conditions.  See 42 U.S.C. § 1997e(a).  Your case may be dismissed or
judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

        ✔ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

        ✔ Yes ___ No (*check one*)

5

## G.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

(1.) Monetary damages For Pain and SuFFering according To ProoF At Trial.

(2.) Compensatory and punitive damages For initial denial oF medical Treatment

## H.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*Rick Archer*
(Plaintiff's signature)

4/29/20
(Date)

(Form Revised December 2017)

6

In The United States District Court
For The District of Colorado


Rick Archer,
    Plaintiff     Demand Jury Trial

                              Civil Action No. _____
V.S.


Holms, medical employee
John Doe, correctional officer
    Defendant


              Complaint For medical MalPractice,
              Negligence, Denial of access to initial
              medical Treatment, Deliberate Indifference,
              8th. Amendment Violations.


        CAUSE OF ACTION

(1.) I am a 61 year old man with a Long History
 of high blood Pressure.


(2.) On June 14, 2019 at time approximately 12:45 PM.
 inmate Brandon Holmes # 73170-004, in Fox unit, cell
 A-111 was sprayed with OC Pepper Spray For Protesting
 against staff corruption here at the A.O.X.


(3.) my assigned cell A-112 ventilation system is
directly connected with inmate Holmes ventilation
system. The ventilation air system was turned off and
when inmate Holmes was gassed and extracted from his
cell, my cell was Also Filled up with OC chemical
Pepper spray gas.

(4.) I begin to have chest Pains and couldn't breathe and started choking convulsively. So I pressed The medical emergency Panic button in my cell For medical assistance.

(5.) Other Prisoner's heard me choking and also Pressed their emergency Panic button's as well. And started yelling For the STAFF and medical employees To help me.

(6.) At this time I started to Loss consciousness and Just before I passed out I was able to draw in a small amount of air as I experienced multiple chesT constriction's as though steel bands were wrapped around my chest repeatedly.

(7.) Sometime later medical employee Ms. Holms along with a John Doe who I believed to be a Lieutenant or correctional officer arrived at my cell Door on view of the unit range video surveilance system.

(8.) This John Doe along with medical employee Ms. Holms standing beside him asked me to the inner cell Door inside my cell. which I inFormed employee's That I am having a hard Time breathing and experiencing extreme chest Pains.

(9.) This John Doe stated inFront of this medical employee Ms. Holms to me! you'll be fine, you Just got A Little gas in your chest, which you CAN blame on your neighbor.

3 oF 4

(10.) Than both this John Doe and medical employee ms. Holms walked away without checking my vitals, or anything, denying me any and all medical treatment, leaving me in the cell in Pain without medical treatment struggling to breathe, where I could have Possibly died.

(11.) After turning in several sick call complaints of difficulty breathing Following the use of gas and medical failure and denial to give me initial medical treatment, weeks latter the mid-level Provider ms. Seroski ordered a chest X-ray which revealed early stages of chronic Obstructive Pulmonary disease (COPD) following the June 14, 2019 incident.

(12.) Since this issue, I am now taking two different medications For Lung AND breathing issues, A Rescue inhaler AND Albuterol Asmanex Twisthaler.

## Request For Relief

(1.) monetary damages for Pain and suffering according to Proof at trial.

(2.) Compensatory and Punitive damages For initial denial of medical treatment.

4 oF 4

I declare Under Penalty oF Perjury that I am the Plaintiff in this action, that I have read This complaint, and That the information in this Complaint is true and correct,

See 28 U.S.C. § 1746; 18 U.S.C. 1621

Date; 4-29-20          Plaintiff, Rick Archer

RICK ArcheR
47211-079
U.S. Penitentiary max.
P.O. Box 8500
Florence, CO. 81226

Name: RICK ARCHER
Reg No: 47211-079
U.S. Penitentiary MAX
P.O. Box 8500
Florence, CO. 81226-8500



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO. 80294-3589

— LEGAL MAIL —

LegAL mAiL

**FEDERAL PRISON CAMP**
P.O. BOX 1000
FLORENCE, COLORADO 81226
DATE: 4/24/20

"SPECIAL LEGAL MAIL"

The enclosed letter was processed through special mailing
procedures for forwarding to you. The letter has neither
been opened nor inspected. If the writer raises a question
or a problem over which this facility has jurisdiction, you may
wish to return the material for further information or clarification.
If the writer encloses correspondence for forwarding to another
addressee, please return the enclosed to the above address.